

```
                FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2000 FEB 28  P 4:42

           LORETTA G. WHYTE
                CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLOBAL RESOURCES, INC., | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | NO. 00-217 |
| VERSUS | * | |
| | * | SECTION "R" |
| NORTH AMERICAN SHIPBUILDERS, L.L.C. | * | |
| NORTH AMERICAN FABRICATORS, L.L.C. | * | MAGISTRATE |
| AND GOOD JOB, INC. | * | DIV. 5 |
|     Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | JURY DEMAND |

## MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel comes Plaintiff Global Resources, Inc. and respectfully moves as follows:

1.

The Court has recently issued a Preliminary Conference Notice setting a March 23, 2000 preliminary conference.

2.

Trial counsel for Plaintiff will be out of the state and unavailable to participate in the March 23, 2000 preliminary conference.

DATE OF ENTRY   MAR 6 2000

Fee _____
Process _____
X /Dktd _____
_____ CtRmDep
Doc.No. _____ 6

454887-1

3.

Accordingly, Plaintiff moves for a continuance of the March 23, 2000 preliminary conference

WHEREFORE, premises considered Global Resources, Inc. prays for a continuance of the March 23, 2000 preliminary conference.

*[signature]*

RONALD L. NAQUIN (BAR #9890)
BETTY F. MULLIN, T.A. (BAR #9818)
-OF-
CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone: (504) 585-7578
Facsimile: (504) 585-7587

**ATTORNEYS FOR PLAINTIFF,
GLOBAL RESOURCES, INC.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of February, 2000 served a copy of the foregoing pleading on the parties listed below, by mailing the same by United States mail, properly addressed, and first class postage prepaid:

*[signature]*

BETTY F. MULLIN

454887-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLOBAL RESOURCES, INC., <br>     Plaintiff | * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-217 |
| VERSUS | * <br> * | <br> SECTION "R" |
| NORTH AMERICAN SHIPBUILDERS, L.L.C. <br> NORTH AMERICAN FABRICATORS, L.L.C. <br> AND GOOD JOB, INC. <br>     Defendants <br> * * * * * * * * * * * * * * * * * * * * * * * * * | * <br> * <br> * <br> * | <br> MAGISTRATE <br> DIV. 5 <br><br> JURY DEMAND |

### ORDER

Considering Plaintiff's Motion to Continue, the March 23, 2000 preliminary conference by telephone is hereby continued and reset to the 4th day of April, 2000 at 9:15 o'clock.

SO ORDERED, this 24th day of February, 2000 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

454887-1