

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLOBAL RESOURCES, INC.** * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | NO. 00-217 |
| **VERSUS** * | | |
| * | | SECTION "R" |
| **NORTH AMERICAN SHIPBUILDERS, L.L.C.** * | | |
| **NORTH AMERICAN FABRICATORS, L.L.C.** * | | MAGISTRATE |
| **AND GOOD JOB, INC.** * | | DIV. 5 |
| Defendants * | | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | JURY DEMAND |

## JOINT CONSENT MOTION
## FOR DISMISSAL WITH PREJUDICE

NOW INTO COURT through undersigned counsel comes Global Resources, Inc., plaintiff and defendant in counterclaim, North American Fabricators, L.L.C., North American Shipbuilding, L.L.C. (also incorrectly referred to as North American Shipbuilders, L.L.C. in previous pleadings) and Good Job, Inc., defendants and plaintiffs in counterclaim, and respectfully represent as follows:

1.

Joint movants have reached a settlement of their respective claims against each other, and have accordingly entered into a Mutual Release and Settlement Agreement.

2.

As required by the Mutual Release and Settlement Agreement each party has agreed to dismiss its claim with prejudice.

469446_1.DOC

DATE OF ENTRY
JUL 7 2000

WHEREFORE, premises considered, Global Resources, Inc. and North American Shipbuilding, L.L.C., North American Fabricators, L.L.C., and Good Job, Inc. request that the Court enter a dismissal with prejudice as to all claims in the original Complaint and Counterclaims.

_____
BETTY F. MULLIN, T.A. (BAR #9818)
RONALD L. NAQUIN (BAR #9890)
    -OF-
**CHAFFE, McCALL, PHILLIPS,**
  **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7578
Facsimile: (504) 585-7587
**ATTORNEYS FOR PLAINTIFF,
GLOBAL RESOURCES, INC.**


_____
ROBERT P. MCCLESKEY, JR. (BAR #9150)
EVAN T. CAFFREY (BAR #25602)
    -OF-
**PHELPS DUNBAR, L.L.P.**
Canal Place, Suite 2000
365 Canal Street
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
**ATTORNEY FOR DEFENDANTS,
NORTH AMERICAN SHIPBUILDING, L.L.C.,
NORTH AMERICAN FABRICATORS, L.L.C.
and GOOD JOB, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLOBAL RESOURCES, INC. | * | CIVIL ACTION |
|    Plaintiff | * | |
| | * | NO. 00-217 |
| VERSUS | * | |
| | * | SECTION "R" |
| NORTH AMERICAN SHIPBUILDERS, L.L.C. | * | |
| NORTH AMERICAN FABRICATORS, L.L.C. | * | MAGISTRATE |
| AND GOOD JOB, INC. | * | DIV. 5 |
|    Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | JURY DEMAND |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Consent Motion for Dismissal with Prejudice, the Complaint and Counterclaims by and against Global Resources, Inc., North American Shipbuilding, L.L.C., North American Fabricators, L.L.C. and Good Job, Inc. are hereby dismissed with prejudice.

SO ORDERED this 5TH day of July, 2000 at New Orleans, Louisiana.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE

469446_1.DOC